IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| MELODY HORACEK, | Case No. 1:24-cv-338 |
| Plaintiff, | Judge Matthew W. McFarland |
| v. | |
| THE HARTFORD INSURANCE COMPANY, | |
| Defendant. | |

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Proposed Order of Dismissal (Doc. 9). Accordingly, the Court hereby **ORDERS** that this case is **DISMISSED** with prejudice and that each party pay their own attorney's fees and costs.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *Matthew W. McFarland*
JUDGE MATTHEW W. McFARLAND