**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

Melody Horack,
    **Plaintiff,**

-vs-                                              Case No.  1:24-CV-338

The Hartford Insurance Company,
    **Defendant(s).**

---

## JUDGMENT IN A CIVIL CASE

|  |  |  |
|---|---|---|
|  | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| [ X ] | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED:**

This matter is before the Court on the parties' Proposed Order of Dismissal (Doc. 9). Accordingly/ the Court hereby ORDERS that this case is DISMISSED with prejudice and that each party pay their own attorney's fees and costs.

Date:  January 15, 2025                          Richard W. Nagel, CLERK

                                                            By:s/ K. VanDyke

                                                            Deputy Clerk